

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of

Hon. Marvin J. Garbis

United States District Judge

410-962-7700

June 4, 2013

ALL COUNSEL OF RECORD

      Re:  Doe v. Alter, MJG-13-1548

Dear Counsel:

      In the absence of any known counsel for any Defendant and the need for an immediate resolution of the motion seeking leave for immediate discovery, I conferred with counsel for Plaintiff and NCMEC.  NCMEC did not object to the proposed subpoena and I saw no basis upon which any Defendant could object to the issuance of the subpoena.  Therefore, I issued the Order proposed by Plaintiff except that I omitted the deadline for any motion to quash.[1]

      I find it appropriate to have a conference of record prior to Plaintiff's use of any information derived from the subpoena. One concern is to provide for a procedure relating to any Defendant whose identity has not yet been revealed on a public record.  Another is to determine the manner in which Plaintiff's counsel may contact Defendants not represented by counsel.

      Plaintiff's counsel shall advise any known counsel for any Defendant of the conference and invite that lawyer to participate. I have asked the Federal Public Defender to designate an attorney to attend the conference as amicus curiae.

      Until provided otherwise by further Order:

---

[1]    In the event that a Defendant should have a basis to seek relief with regard to the subpoena – a basis that I do not foresee – that Defendant is not foreclosed from seeking any such relief.

COUNSEL OF RECORD
June 4, 2013
Page No. 2

    1. Plaintiff shall not contact any Defendant not represented by counsel except by effecting service of process and in a writing asking the Defendant to have counsel contact counsel for Plaintiff.

    2. If a Defendant is represented by counsel in a related criminal case, Plaintiff's counsel may communicate with a Defendant through that attorney.

    3. Plaintiff shall not identify on the public record any John Doe Defendant not yet named in the Complaint unless that Defendant is the subject of a criminal proceeding and is identified on a public record in regard to that proceeding.

Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                              Yours truly,

                              _____/s/_____
                              Marvin J. Garbis
                         United States District Judge

CC: Clerk