Case 1:13-cv-01548-MJG   Document 8-3   Filed 05/28/13   Page 1 of 2



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUN -5  A II: IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JANE DOE** | * | |
| Plaintiff | * | JURY TRIAL DEMANDED |
| v. | * | Case No. MJG 13-cv-1548 |
| **MATTHEW ALTER, et al.** | * | |
| Defendants | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXPEDITED DISCOVERY

Upon consideration of Plaintiff's foregoing Motion for Leave to Take Expedited Discovery, it is this 4th Day of June , 2013 hereby

**ORDERED** that Plaintiff's Motion for Leave to Take Expedited Discovery is **GRANTED**.

**ORDERED** that Plaintiff is allowed to serve immediate discovery on the National Center for Missing and Exploited Children (NCMEC) to obtain the identity of each Doe Defendant listed by Plaintiff in her Complaint by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, current (and permanent) address, telephone number, and email address, and NCMEC shall respond to such subpoenas; it is further

**ORDERED** that plaintiff may serve immediate discovery on NCMEC to obtain the identity of any Doe Defendant identified in the course of this litigation by the NCMEC'S Child Victim Identification Program (CVIP) through the same means detailed in Plaintiff's Complaint and Motion by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including

name, current (and permanent) address, telephone number, and email address, and NCMEC shall

respond to such subpoenas; it is further

**ORDERED** that any information disclosed to Plaintiff in response to a Rule 45 subpoena may

be used by Plaintiff solely for the purpose of identifying Defendants in this litigation; it is further

**ORDERED** that NCMEC shall preserve any subpoenaed information pending the resolution of

any motion to quash; it is further

**ORDERED** that any motion to quash must be filed before the return date of the subpoena; it is

further

**ORDERED** that Plaintiff shall provide NCMEC with a copy of this Order.


/s/
Marvin J. Garbis
United States District Judge
United States District Court for the
District of Maryland

2