```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

JANE DOE                        *

         Plaintiff              *

         vs.                    *    CIVIL ACTION NO. MJG-13-1548

MATTHEW ALTER, et al.           *

         Defendants             *

*     *     *     *     *     *     *     *     *
```

INITIAL PROCEDURAL ORDER

Plaintiff, as the mother ("next friend") of two juveniles, has sued a total of 267 Defendants who, Plaintiff claims, received, viewed, possessed, and/or distributed child pornography depicting the abuse of her children.  Eighty-five Defendants have been identified in the Complaint. Eighty-one of these are alleged to have been convicted of related child pornography offenses and the other four are alleged to have been charged with such offenses.  Plaintiff is seeking to identify the remaining one hundred eighty-two John Doe Defendants through discovery from the National Center for Missing and Exploited Children ("NCMEC").

It appears:

        1.    Virtually certain that each of the eighty-five named Defendants is, or has been, represented by an attorney in criminal or other proceedings involving child pornography related to the instant case.

      2.    That every reasonable precaution should be taken to avoid any erroneous identification on the public record of a John Doe defendant.

The Court finds it appropriate to address these matters prior to Plaintiff's counsel's contacting any Defendant and prior to the identification of any John Doe Defendant on the public record.  To address these matters, the Court has conducted an on-the-record hearing with counsel for Plaintiff and, since there was no counsel for any defendant, an Assistant Federal Public Defender serving as <u>amicus</u> <u>curiae</u>.

For reasons stated on the record of proceedings held June 11, 2013:

      1.    As to each of the eighty-five presently named defendants, Plaintiff shall serve, together with the documents necessary to effect service, a copy of this Order and the letter attached as Exhibit A hereto.

      2.    Plaintiff shall not identify any of the 182 "John Doe" Defendants on the public record until provided leave to do so by further Order except as provided below.

            a.    Any John Doe Defendant who Plaintiff's counsel has verified is named on the public record as a defendant in a criminal proceeding involving related child pornography offenses may be identified and shall be treated in the same fashion as one of the identified eighty-five named defendants.

            b.    As to any other John Doe defendant, Plaintiff shall file a document, under seal, advising the Court of information pertinent to his/her identification and shall defer

          naming the defendant on the public record and effecting service of process until authorized by further Order.

SO ORDERED, on <u>Friday, June 21, 2013</u>.

                                                    /s/
                                        Marvin J. Garbis
                                United States District Judge

EXHIBIT A

LETTER TO BE SENT TO NAMED DEFENDANTS

Re: Doe v. Alter et al, MJG-13-1548

Dear [name]:

    We have been ordered by the United States District Court to provide you with this letter together with the documents effecting service of process on you in this case.

    We wish to ensure that we do not communicate with any defendant who is represented by an attorney, except through counsel.  However, until an attorney enters his/her appearance for you in this case, we will be required to communicate directly to you.

    If you are now represented by an attorney, or become represented by an attorney, you should provide this letter and the other documents served upon you to your attorney so that your attorney can enter an appearance as your counsel and proceed on your behalf.

    The Court has ordered us to advise you that if you are represented by an attorney in regard to any matter related to this case, such as any criminal proceeding, you should promptly provide this letter and the accompanying documents to that attorney.

    The Court has further ordered us to tell you that if you do not timely respond to the Complaint served upon you, the Court may enter a default judgment against you.  Therefore, whether or not you are represented by an attorney, you must file a timely response to the Complaint.